IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-31019

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 26, 2009

Charles R. Fulbruge III
Clerk

GRAND ISLE SHIPYARD INC; GRAY INSURANCE COMPANY

Plaintiffs-Appellees

vs.

SEACOR MARINE LLC

Defendant-Appellant

- - - - -
Appeal from the United States District Court for the
Eastern District of Louisiana
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion September 22, 2008, 5 Cir., 2008, _____F.3d____)

(May 26, 2009)

BEFORE:   JONES, Chief Judge, KING, JOLLY, DAVIS, WIENER, BARKSDALE, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.  The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

[1]Judge Smith is recused and did not participate.